## THE BOARD OF JUSTICES v. FENNIMORE

1. Where a public officer, whose duty it is to receive money, takes bonds
in lieu of the cash, he is answerable as for so much cash.

2. A notice to produce a book, given on the morning of the day of trial,
is sufficient if the book be in or near the court.

3. Collector is liable for interest upon moneys remaining in his hand
after a reasonable time for paying them over.

This was an action brought to recover of Fennimore certain
moneys which had been received by him as county collector,
and on a trial at bar the following points were ruled by the
court :

The plaintiffs offered in evidence: 1st. A receipt of three
bonds from one Davis, in the handwriting of Fennimore, as

The Board of Justices v. Fennimore.

[243] collector. 2d. That he had received the bonds in payment of an execution at his suit, as collector against one Garwood. 3d. That defendant had admitted this item against him on a former trial.

*Leake* opposed the admission of the evidence, contending that it was not legal testimony in an action of *indebitatus. assumpsit,* which would not lie to recover bonds.

PER CUR. The evidence is admissible. These bonds must have been received as cash, for the defendant, in the capacity of county collector, had no right to receive them in any other way. He is therefore answerable as for so much cash; he makes himself the debtor by receiving them. Besides, after having admitted the correctness of the charge against him on a former occasion, he will not be permitted, without showing some good reason, to question it now.

*Read,* for plaintiffs, called for defendant's book, and said it was in court yesterday.

*Leake* said the notice to produce it was only given this morning.

PER CUR. The excuse is futile; unless the book is produced, every presumption must be made against the defendant. (a)

*Leake* contended that no interest was chargeable against the defendant upon these accounts.

PER CUR. The jury ought to allow interest for moneys in his hands, after a reasonable time for paying them over.

Verdict for plaintiffs, £1340 8s. 5d.

(a) See 4 *Burr.* 2489; 4 *Dall.* 113.

CITED *in Orange* v. *Springfield,* 1 *South.* 186.